PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Barbara Manning  **Docket Number:** 07-00601-001
  **PACTS Number:** 47849

**Name of Sentencing Judicial Officer:** The Honorable Stanley R. Chesler
United States District Judge

**Date of Original Sentence:** 04/02/2009

**Original Offense:** Conspiracy to Commit Interference with Commerce by Threats of Violence

**Original Sentence:** 5 years probation.

**Type of Supervision:** Probation  **Date Supervision Commenced:** 4/2/09

**Assistant U.S. Attorney:** Sandra L. Moser, 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Harry H. Rimm - Assigned, Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, New York 10020 (212) 27801553

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | The offender has not submitted a monthly supervision report since April 2010. |
| 2 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.' |
| | According to the United States Probation Office in the Eastern District of Philadelphia, the offender was last scene on June 2, 2010. Subsequent home contacts on June 25, August 5, and August 20, 2010, were unsuccessful. Her |

PROB 12C - Page 2
Barbara Manning

home and cellular telephone number have been disconnected. The building manager, Jerry Landau, for her last known address, 682 Bushkill Street, Apartment 4, Easton, Pennsylvania 18042, has confirmed the offender was evicted from her apartment on July 26, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 9/10/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/22/10
Date