**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

August 22, 2011

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092
www.njp.uscourts.gov

The Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr., Federal Building and Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

          RE:    MANNING, Barbara
          DKT #:2:07CR0601-001
          **Request to Withdraw the Petition**
          **for Violation of Supervised Release**

Dear Judge Chesler:

      The above-referenced offender was sentenced on April 2, 2009, by Your Honor to five (5) probation after pleading guilty to Conspiracy to Commit Interference with Commerce by Threats of Violence. As a special condition of probation, she was ordered to refrain from associating with any members of the Bloods street gang, or any other street gang. After sentencing, she relocated to Easton, Pennsylvania and probation supervision was transferred to the Eastern District of Pennsylvania.

      On September 22, 2010, Your Honor signed a petition for a warrant based on allegations that Ms. Manning violated her conditions of probation while she was residing in the Eastern District of Pennsylvania (EDPA). The alleged violations were failure to submit monthly supervision reports and failure to notify the probation office within 2 hours of any change of residence or employment.

      The purpose of this letter is to advise the Court that on January 14, 2011, the offender was arrested by the United States Marshal Service in the EDPA. On January 19, 2011, the offender appeared before EDPA Magistrate Judge Arnold C. Rapport and was released on $50,000 bail. Since her release, the offender has been reporting to the United States Probation Office in the EDPA. Her probation officer, Christopher Moughan advises that Ms. Manning has been reporting weekly by telephone since her release and home visits have been occurring twice monthly. She is currently residing at 700 Wolf Avenue, Apartment 3E, Easton, Pennsylvania, with her children. There have been no incidents of noncompliance since her release.

The Honorable Stanley R. Chesler
Page 2
August 22, 2011

    Based on this information, we are withdrawing our petition alleging the violations of supervised release. If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: Patrick T. Hattersley,
U.S. Probation Officer

Enclosure(s)

cc: Defense Counsel Atty. Harry H. Wimm
     AUSA Sandra L. Moser